```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
MARTELL STRATEGIC FUNDING LLC,                             :
                                                           :
                          Plaintiff,                       :
                                                           :
TRAINING BEAM EDUCATION, LTD.,                             :     12-CV-627 (VSB)
                                                           :
                          Intervenor Plaintiff,            :           ORDER
                                                           :
              - against -                                  :
                                                           :
AMERICAN HOSPITALITY ACADEMY,                              :
and CINDI REIMAN,                                          :
                                                           :
                          Defendants.                      :
                                                           :
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/2016

VERNON S. BRODERICK, United States District Judge:

  I am in receipt of the parties' joint letter, dated March 23, 2016 (Doc. 176), and Intervenor's supplemental letter, dated March 24, 2016 (Doc. 177). On March 25, 2016, I held a telephonic discovery conference regarding Defendants' request to depose Ms. Linda Li.

  For the reasons discussed on the record, including the existence of good cause, Defendants' application is hereby GRANTED. Defendants have until May 13, 2016 to depose Ms. Linda Li in accordance with the Federal Rules of Civil Procedure and my directions during the telephonic discovery conference. The parties are directed to inform the Court if and when any such deposition is scheduled.

  SO ORDERED.

Dated: March 25, 2016
    New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge