UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARTELL STRATEGIC FUNDING LLC,                :
                                              :
                            Plaintiff,        :
                                              :
TRAINING BEAM EDUCATION, LTD.,                :
                                              :       12-CV-627 (VSB)
                    Intervenor Plaintiff,     :
                                              :              ORDER
            - against -                       :
                                              :
AMERICAN HOSPITALITY ACADEMY,                 :
and CINDI REIMAN,                             :
                                              :
                            Defendants.       :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/16

VERNON S. BRODERICK, United States District Judge:

     I am in receipt of the following three letters:  (i) Intervenor's letter, dated April 18, 2016, (Doc. 184), regarding the deposition of Ms. Linda Li; (ii) Defendants' response letter, dated April 19, 2016, (Doc. 185); and (iii) Intervenor's reply letter, dated April 19, 2016, (Doc. 186). As set forth in my March 25, 2016 Order, (Doc. 178), I granted Defendants' application to depose Ms. Linda Li in accordance with the Federal Rules of Civil Procedure and extended the deadline for the completion of discovery to May 13, 2016.

     In light of the renewed dispute regarding whether Ms. Li is properly considered a third-party witness or a party witness, the parties are directed to appear telephonically for a status conference on April 20, 2016 at 2:30 p.m.  Counsel for Defendants is directed to provide the Court with one dial-in number and one meeting code that all of the parties will use for the telephone conference.  Intervenor shall be prepared to address:  (i) the current incorporation status of Training Beam Education, Ltd. and any successor in interest; (ii) who is/are the current shareholder(s) of Training Beam Education, Ltd., and/or its successor in interest; and (iii) the

date when Mr. Crampton no longer owned shares in Training Beam Education, Ltd.

    SO ORDERED.

Dated: April 19, 2016
      New York, New York

                                                                Vernon S. Broderick
                                                                United States District Judge