```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
MARTELL STRATEGIC FUNDING LLC,               :
                                             :
                          Plaintiff,         :
                                             :
TRAINING BEAM EDUCATION, LTD.,               :
                                             :          12-CV-627 (VSB)
                     Intervenor Plaintiff,   :
                                             :               ORDER
              - against -                    :
                                             :
AMERICAN HOSPITALITY ACADEMY,                :
and CINDI REIMAN,                            :
                                             :
                          Defendants.        :
---------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

  I am in receipt of the following four letters: (i) Intervenor's letter, dated April 18, 2016, (Doc. 184), regarding the deposition of Ms. Linda Li; (ii) Defendants' response letter, dated April 19, 2016, (Doc. 185); (iii) Intervenor's reply letter, dated April 19, 2016, (Doc. 186); and (iv) Intervenor's letter, dated April 20, 2016, (Doc. 189), attaching the Declaration of Mr. William Crampton, dated April 20, 2016, (Doc. 189-1). On April 20, 2016, I held a telephonic status conference to discuss the deposition of Ms. Linda Li in light of the arguments raised in the parties' letters.

  For the reasons discussed on the record at the April 20 conference, the parties are directed to appear telephonically for a status conference on June 1, 2016 at 2:30 p.m. By no later than May 27, 2016, (i) counsel for Plaintiff shall submit a letter updating me on the status of the deposition of Ms. Morrison, and (ii) counsel for Intervenor shall submit a letter updating me on the status of production of documents relating to: (a) the transfer of shares in Training Beam Education, Ltd. referenced in Mr. Crampton's Declaration, (Doc. 189-1 ¶¶ 4, 5); and (b) Mr.

Crampton's reservation of rights with respect to this litigation. Counsel for Intervenor is directed to distribute a copy of this Order to Mr. Crampton.

The parties shall use the same dial-in information for the June 1, 2016 telephonic conference as was used for the April 20 telephonic conference.

SO ORDERED.

Dated: April 21, 2016
      New York, New York

Vernon S. Broderick
United States District Judge