UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARTELL STRATEGIC FUNDING LLC,

                         Plaintiff,

TRAINING BEAM EDUCATION, LTD.,

                 Intervenor Plaintiff,

                - against -

AMERICAN HOSPITALITY ACADEMY,
and CINDI REIMAN,

                    Defendants.
------------------------------------------------------------X

12-CV-627 (VSB)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/16

<u>VERNON S. BRODERICK</u>, United States District Judge:

      In accordance with my Order, dated April 21, 2016, (Doc. 190), I am in receipt of the following two letters: (i) Plaintiff's letter, dated May 27, 2016, (Doc. 191), regarding the deposition of Ms. Morrison; and (ii) Intervenor's letter, dated May 27, 2016, (Doc. 192), regarding the status of the production of certain documents.

      In light of the fact that the deposition of Ms. Morrison is anticipated to take place during the week of June 20, 2016 and Intervenor anticipates producing the documents in the coming weeks, the telephonic conference previously scheduled for June 1, 2016 is hereby adjourned until July 8, 2016 at 11:00 a.m. By no later than June 30, 2016, (i) counsel for Plaintiff shall submit a letter updating me on the status of the deposition of Ms. Morrison, and (ii) counsel for Intervenor shall submit a letter updating me on the status of production of documents relating to: (a) the transfer of shares in Training Beam Education, Ltd. referenced in Mr. Crampton's Declaration, (Doc. 189-1 ¶¶ 4, 5); and (b) Mr. Crampton's reservation of rights with respect to this litigation.

      The parties shall use the same dial-in information for the as was used for the April 20

telephonic conference.

    SO ORDERED.

Dated: May 31, 2016
      New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge