UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARTELL STRATEGIC FUNDING LLC,

                Plaintiff,

TRAINING BEAM EDUCATION, LTD.,

                Intervenor Plaintiff,

                - against -

AMERICAN HOSPITALITY ACADEMY,
and CINDI REIMAN,

                Defendants.
-----------------------------------------------------------X

12-CV-627 (VSB)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/2016

VERNON S. BRODERICK, United States District Judge:

      In light of the fact that the deposition of Ms. Morrison was adjourned to July 12, 2016, (Doc. 195), the telephonic conference previously scheduled for July 8, 2016 is hereby adjourned until July 22, 2016 at 11:00 a.m.  The deadline by which Plaintiff shall submit a letter updating me on the status of the deposition of Ms. Morrison, (*see* Doc. 193), is adjourned until July 15, 2016.  The deadline for Intervenor's letter remains June 30, 2016.  (*Id.*)

      With respect to the July 22 telephonic conference, the parties shall use the same dial-in information used for the April 20 telephonic conference.

      SO ORDERED.

Dated: June 22, 2016
     New York, New York

                                          Vernon S. Broderick
                                          United States District Judge