UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARTELL STRATEGIC FUNDING LLC,        :
                                      :
                         Plaintiff,   :
                                      :
TRAINING BEAM EDUCATION, LTD.,        :
                                      :          12-CV-627 (VSB)
              Intervenor Plaintiff,   :
                                      :                ORDER
              - against -             :
                                      :
AMERICAN HOSPITALITY ACADEMY,         :
and CINDI REIMAN,                     :
                                      :
                         Defendants.  :
                                      :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/22/2016

VERNON S. BRODERICK, United States District Judge:

     I am in receipt of the following three letters: (i) Intervenor's letter, dated June 30, 2016, (Doc. 197); (ii) Defendants' response letter, dated July 1, (Doc. 198); and (iii) Intervenor's reply letter, dated July 6, (Doc. 199). On July 22, I held a telephonic status conference to discuss the issues raised in the parties' submissions.

     As discussed on the record at the July 22 conference, Defendants are directed to serve supplemental written discovery requests on Intervenor regarding Intervenor's standing to assert the claims set forth in Intervenor's Complaint, (*see* Doc. 33-1). Specifically, the supplemental discovery requests should address issues including but not limited to (i) Mr. Crampton's transfer of shares of Training Beam Education, Ltd., and (ii) Mr. Crampton's reservation of rights with respect to this litigation. Within 30 days of service of the supplemental discovery requests, Intervenor shall serve its written responses and objections and complete its production of documents in response to the supplemental requests. To the extent any responsive documents were not preserved, Intervenor is directed to submit a letter describing such documents and

explaining why they were not preserved.

The deadline for the completion of discovery is hereby extended until August 31, 2016 to allow the parties to complete the supplemental discovery set forth herein. Upon the completion of the supplemental discovery or August 31, whichever occurs earlier, Defendants and Intervenor are directed to submit a joint letter confirming that discovery is complete and/or addressing any outstanding issues.

SO ORDERED.

Dated: July 22, 2016
    New York, New York

Vernon S. Broderick
United States District Judge