UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARTELL STRATEGIC FUNDING LLC,  :
:
                Plaintiff,  :
:
TRAINING BEAM EDUCATION, LTD.,  :
:      12-CV-627 (VSB)
         Intervenor Plaintiff,  :
:      ORDER
         - against -  :
:
AMERICAN HOSPITALITY ACADEMY,  :
and CINDI REIMAN,  :
:
          Defendants.  :
:
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      As set forth in my July 22 Order, (Doc. 202), Defendants and Intervenor were "directed to submit a joint letter confirming that discovery is complete and/or addressing any outstanding issues" by no later than August 31. (*Id.*) Defendants and Intervenor failed to submit the joint letter by the August 31 deadline. Thereafter, on September 12, I received two letters from Intervenor, (Docs. 203, 204); however, Defendants and Intervenor have still not submitted the joint letter confirming that discovery is complete and/or addressing any outstanding issues.

      Accordingly, Defendants and Intervenor are directed to submit a joint letter by October 21, 2016 confirming that discovery is complete and/or addressing any outstanding issues.

      SO ORDERED.

Dated: October 14, 2016
      New York, New York

                                              Vernon S. Broderick
                                              United States District Judge