UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARTELL STRATEGIC FUNDING LLC,  :
:
                            Plaintiff,  :
:
TRAINING BEAM EDUCATION, LTD.,  :
:            12-CV-627 (VSB)
                 Intervenor Plaintiff,  :
:              ORDER
                 - against -  :
:
AMERICAN HOSPITALITY ACADEMY,  :
and CINDI REIMAN,  :
:
                 Defendants.  :
:
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/23/2016__

VERNON S. BRODERICK, United States District Judge:

      As set forth in my October 24, 2016 memo endorsement, the parties were directed to complete all discovery by no later than November 18, 2016. (Doc. 207.) To the extent the parties reached an impasse regarding any requested discovery, they were directed to submit a joint letter. (*Id.*) To date, I have not received a letter regarding any outstanding discovery or discovery dispute.

      In light of the fact that discovery is complete, all parties are directed to appear for a post-discovery conference on December 16, 2016 at 10:00 a.m. in Courtroom 518 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. To the extent any party anticipates making a dispositive motion, the post-discovery conference will function as a pre-motion conference as required by Rule 4.A of my Individual Rules. (*See* Doc. 82, ¶ 10.) Pre-motion letters must be submitted by December 5 with responses due by December 8. (*Id.*)

      SO ORDERED.

Dated: November 23, 2016
     New York, New York

                                          Vernon S. Broderick
                                          United States District Judge