```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MARTELL STRATEGIC FUNDING, LLC,                             :
                                                            :
                        Plaintiff,                          :
                                                            :         12-CV-627 (VSB)
            -against-                                       :
                                                            :              ORDER
AMERICAN HOSPITALITY ACADEMY,                               :
et al.,                                                     :
                                                            :
                        Defendants.                         :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

I am in receipt of the November 27, 2019 letter from Plaintiff's counsel informing the Court that Plaintiff's corporate representative wishes to appear by telephone at the December 5, 2019 status conference in this action. (Doc. 287.) Accordingly, it is hereby:

ORDERED that by 5 p.m. on December 3, 2019, Plaintiff's counsel shall provide a dial-in number and meeting code to Plaintiff and to this Court by e-mail to BroderickNYSDChambers@nysd.uscourts.gov. Counsel are advised that they are to appear at the conference in person.

SO ORDERED.

Dated: December 2, 2019
      New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge