```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MARTELL STRATEGIC FUNDING, LLC,                             :
                                                            :
                              Plaintiff,                    :
                                                            :       12-CV-627 (VSB)
              -against-                                     :
                                                            :            ORDER
AMERICAN HOSPITALITY ACADEMY,                               :
et al.,                                                     :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

      On December 5, 2019, I held a conference on the motion of Goldberg Weg & Markus PLLC ("GWM"), counsel for Plaintiff, to withdraw from this matter. (Doc. 281.) Accordingly, as discussed on the record, it is hereby:

      ORDERED that the motion of GWM to withdraw as counsel is GRANTED.

      IT IS FURTHER ORDERED that Plaintiff is granted sixty (60) days to retain new counsel and is directed to submit a letter by February 3, 2020, updating the court on the status of its search. Plaintiff is advised that as a corporation, it must appear through counsel. Plaintiff is advised that failure to retain counsel may result in dismissal of this action for failure to prosecute.

      IT IS FURTHER ORDERED that Efrem Schwalb and an attorney with GWM who is familiar with this matter shall appear for a telephone conference on December 11, 2019, at 12:30 p.m. Mr. Schwalb should be prepared to discuss his position on whether he and/or his current firm would be willing to represent Plaintiff going forward. Plaintiff, Counsel for Defendant, and counsel for the Intervenor Plaintiff are free to appear at the telephone conference if they wish,

but are not required to do so.

  IT IS FURTHER ORDERED that no later than 12 p.m. on December 10, 2019, GWM shall provide a dial-in number and meeting code for use at the conference to Mr. Schwalb, Plaintiff, all counsel, and to the Court at [BroderickNYSDChambers@nysd.uscourts.gov](mailto:BroderickNYSDChambers@nysd.uscourts.gov).

  IT IS FURTHER ORDERED that GWM shall also transmit a copy of this Order to Mr. Schwalb and to Plaintiff forthwith.

  The Clerk of Court is respectfully directed to terminate the pending motion at Document 282.

SO ORDERED.

Dated: December 5, 2019
   New York, New York

                *Vernon Broderick*
                Vernon S. Broderick
                United States District Judge