UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
MARTELL STRATEGIC FUNDING LLC, :
:
Plaintiff, :
: 12-CV-627 (VSB)
:
TRAINING BEAM EDUCATION, LTD., :
: **ORDER**
Intervenor, :
:
-against- :
:
AMERICAN HOSPITALITY ACADEMY, :
et al., :
:
Defendants. :
:
----------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

It has been reported to the Court that this case has been settled. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff Martell Strategic Funding c/o Michael Milea, 223 E. 61st St., Apt. 5D, New York, NY 10065.

SO ORDERED.

Dated: March 11, 2020
      New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge